**Robert A. THOMAS, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7308.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

Virginia A. Girard–Brady, ABS Legal Advocates, P.A., of Lawrence, Kansas, for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; Martin F. Hockey, Jr., Assistant Director. Of counsel was Harold D. Lester, Assistant Director. Of counsel on the brief was Michael J. Timinski, Deputy Assistant General Counsel, and Tracey P. Warren, Attorney, United.States Department of Veterans Affairs, Office of General Counsel, of Washington, DC.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge and MOORE, Circuit Judge.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.